UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JIANPING GUAN,

Petitioner,

v.

CAUSE NO. 3:26-CV-192-CCB-SJF

PAMELA BONDI, et al.,

Respondents.

## ORDER

The respondents, by counsel, filed a notice certifying that they have complied with the order granting habeas relief by releasing the petitioner from the Miami Correctional Facility on March 19, 2026, under the same conditions of supervised release. ECF 15. The court entered the order granting habeas relief on March 19, 2026. ECF 14.

For these reasons, the court **DIRECTS** the clerk to enter judgment consistent with the order granting habeas relief (ECF 14) and to close this case.

SO ORDERED on March 23, 2026.

_/s/Cristal C. Brisco_
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT