UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JIANPING GUAN,

Petitioner,

v.

PAMELA BONDI, et al.,

Respondents.

CAUSE NO. 3:26-CV-192-CCB-SJF

ORDER

Jianping Guan, by counsel, filed a motion for attorney fees under the Equal Access to Justice Act. ECF 19. Consequently, the court will set a deadline for the respondents to file a response.

For these reasons, the court ORDERS the respondents to file a response to the motion for attorney fees (ECF 19) by September 9, 2026.

SO ORDERED on August 25, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge